NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-1187
(Opposition No. 91/156,061)

LEO STOLLER,

Appellant,

v.

SOCIETY FOR PREVENTION OF TRADEMARK ABUSE,

Appellee,

and

GO DADDY SOFTWARE, INC.,

Appellee.

Appeal from the United States Patent and Trademark Office,
Trademark Trial and Appeal Board.

---

2009-1189
(Opposition No. 91/117,366)

LEO STOLLER,

Appellant,

v.

THE SOCIETY FOR THE PREVENTION OF TRADEMARK ABUSE LLC
(substituted for Central Mfg. Co.),

Appellee,

and

STEALTH LABORATORIES, LLC,

Appellee.

Appeal from the United States Patent and Trademark Office, Trademark Trial and Appeal Board.

ON MOTION

Before LINN, Circuit Judge.

ORDER

Leo Stoller moves for leave to proceed in forma pauperis. The Society for the Prevention of Trademark Abuse LLC (SPTA) moves to dismiss Stoller's appeals. Go Daddy Software, Inc. joins SPTA's motion to dismiss. Stoller moves for an extension of time to respond to the motion to dismiss and submits a response to the motion to dismiss. Stoller moves to consolidate the above-captioned appeals with appeal nos. 2008-1569 et al.

The court determines that SPTA should include any arguments concerning the court's jurisdiction in its briefs, if appropriate. Appeal nos. 2008-1569 et al. were dismissed for failure to pay the filing fee and thus the court denies the motion to consolidate the above-captioned appeals with appeal nos. 2008-1569 et al.

Accordingly,

IT IS ORDERED THAT:

(1) The motions for leave to proceed in forma pauperis are denied. Stoller must pay a separate docketing fee for each appeal within 21 days of the date of filing of this order or these appeals will be dismissed. No extensions will be granted to pay the fees.

(2)    The motions to dismiss are denied.

(3)    The motions for extensions of time to respond to the motions to dismiss are granted.

(4)    The motions to consolidate are denied.

FOR THE COURT

APR 2 0 2009
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

APR 2 0 2009

JAN HORBALY
CLERK

cc:    Leo Stoller
       Lance G. Johnson, Esq.
       Donna H. Catalfio, Esq.
       Scott J. Major, Esq.

s17

2009-1187, 2009-1189                    3